UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-08310-JFW-PD                              Date: March 24, 2022

Title     *Catherine Alcantara v. Los Angeles Police Department*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|  Isabel Martinez  |  N/A  |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:     (In Chambers) Order To Show Cause**

    On October 20, 2021, Plaintiff Catherine Alcantara, a California state resident proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint") alleging that Defendant Los Angeles Police Department ("LAPD") had been stalking and harassing her since Spring 2018.  Plaintiff also filed a Request to Proceed Without Prepayment of Filing Fee ("IFP Request").  [Dkt. Nos. 1, 2.]

    On November 16, 2021, the Court dismissed the Complaint with leave to amend after screening it pursuant to 28 U.S.C. § 1915 and finding that none of its claims were actionable under section 1983.  The Court also found that Plaintiff did not fully complete the IFP Request.  It informed her that if she wished to proceed without pre-paying the filing fees, she would need to re-submit another request.  The Order granted Plaintiff until December 16, 2021, to file an amended complaint and a fully completed IFP Request.  [Dkt. No. 5.]

    On December 17, 2021, the Court issued the Order to Show Cause (the "OSC") after Plaintiff failed to file an amended complaint and IFP Request. The OSC ordered Plaintiff to file either: (1) a request setting forth good cause for an extension of time; or (2) an amended complaint and a new, fully

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-08310-JFW-PD                                      Date: March 24, 2022

Title        *Catherine Alcantara v. Los Angeles Police Department*

completed IFP Request.  The Court warned Plaintiff that failure to comply with the Order to Show Cause by January 14, 2022, may result in dismissal for failure to prosecute.  [Dkt. No. 6.]

On January 26, 2022, Plaintiff filed a document that re-stated the allegations of the Complaint but failed to indicate which of her constitutional rights she alleges were violated.  Further, the document also requested criminal prosecution of LAPD officers, which may not be done through a civil rights complaint.  [Dkt. No. 7.]  Plaintiff also filed a signed Certificate of Interested Parties (CV-30) but failed to list any parties.  [Dkt. No. 8.]

The Court did not accept the document containing the re-stated allegations as the First Amended Complaint because it did not follow the requirements set forth in the November 16, 2021 Order.  On February 4, 2022, it issued an Order granting Plaintiff another opportunity to comply with the December 17, 2022 OSC and re-stated the requirements Plaintiff must follow.  The Court ordered Plaintiff to file a response by March 10, 2022.  The Order also reminded Plaintiff that she must pay the filing fee or file a completed IFP Request in order to proceed with this action.  [Dkt. No. 9.]

As of the date of this Order, Plaintiff has not filed the First Amended Complaint or completed IFP Request.

The Court grants Plaintiff one final opportunity to respond to the Order to Show Cause.  To comply, **Plaintiff must file no later than April 14, 2022:**

>    (1) an amended complaint AND a fully completed IFP Request, if Plaintiff seeks to proceed without prepayment of the filing fee; or

>    (2) a request setting forth good cause for an extension of time and a declaration signed under penalty of perjury explaining why she

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-08310-JFW-PD                              Date: March 24, 2022

Title    *Catherine Alcantara v. Los Angeles Police Department*

failed to comply with the Court's December 17, 2021 and February 4, 2022 Orders.

Plaintiff is advised that a First Amended Complaint entirely replaces the Complaint in this action.  Any amended complaint must:

(a)   be labeled "First Amended Complaint";
(b)   be complete in and of itself and not refer in any manner to prior complaints, i.e., it must include all of the claims on which Plaintiff seeks to proceed, (see Local Rule 15-2);
(c)   contain a "short plain" statement of the claim(s) for relief, see Fed. R.Civ. P. 8(a) and identify whether Plaintiff is suing Defendants in their individual or official capacity;
(d)   make each allegation "simple, concise and direct," Fed. R. Civ. P. 8(d)(1);
(e)   make allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances," Fed. R. Civ. P. 10(b);
(f)   set forth clearly the sequence of events (including specific relevant dates) which allegedly gives rise to the claim(s) for relief, including what each defendant did and how each specific defendant's conduct injured plaintiff; and
(g)   not add defendants or claims without leave of court.

**Plaintiff is again reminded that she must pay the filing fee or file a fully completed IFP Request with her amended complaint in order to proceed.**

Alternatively, if Plaintiff does not wish to pursue this action at all, she may the attached Notice of Voluntary Dismissal.

The Clerk is directed to provide Plaintiff a blank IFP Request, Civil Rights Complaint, and Notice of Voluntary Dismissal to Plaintiff in order to facilitate a responsive filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:21-cv-08310-JFW-PD                                    Date: March 24, 2022

Title     *Catherine Alcantara v. Los Angeles Police Department*

**Failure to comply with this Order will result in a recommendation of dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED**.

**Attachments:**
-- Request to Proceed In Forma Pauperis with Declaration in Support (CV-60)
-- Central District of California Civil Rights Complaint Form )(CV-66)
-- Notice of Voluntary Dismissal (CV-09)

                                                                               :
                                                    Initials of Preparer   im