JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ALCANTARA,<br><br>           Plaintiff,<br><br>   v.<br><br>LOS ANGELES POLICE DEPARTMENT,<br><br>           Defendant. | Case No. 2:21-cv-08310-JFW-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: May 10, 2022

_____
Honorable John F. Walter
United States District Judge